IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr44-SPM

JOSEPH T. LANDER,

    Defendant.

_____/

**ORDER GRANTING MOTION FOR COPY OF SEALED DOCUMENTS**

Upon consideration of the Motion for Copy of Sealed Document (docs. 228 and 230), it is

ORDERED AND ADJUDGED:

1. The motions (docs. 228 and 230) are granted.

2. The clerk shall send to Attorney Lindsey Lander a copy of document 166 and document 119.

DONE AND ORDERED this 12th day of March, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge